**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50362 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-01004-DSF |
| v. | |
| PABLO CESAR YAXON-SICAJAU, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dale S. Fischer, District Judge, Presiding

Submitted July 24, 2013[**]

Before:    ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

Pablo Cesar Yaxon-Sicajau appeals from the district court's judgment and

challenges his guilty-plea conviction and 48-month sentence for conspiracy to

conceal and harbor illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Yaxon-Sicajau's counsel

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Yaxon-Sicajau the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Yaxon-Sicajau waived the right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary. He also waived the right to appeal most aspects of his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to Yaxon-Sicajau's plea or any aspects of the sentence not covered by the appeal waiver. We therefore affirm as to those issues. We dismiss the remainder of the appeal in light of the valid appeal waiver. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**